NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**MEDIA RIGHTS TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

**v.**

**CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., AND CAPITAL ONE, N.A.,**
*Defendants-Appellees.*

———————————

2014-1218

———————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00476-AJT-TRJ, Judge Anthony J. Trenga.

———————————

## ON MOTION

———————————

Before TARANTO, *Circuit Judge.*

## O R D E R

Upon consideration of Capital One Financial Corporation et al.'s consented to motion to stay the briefing schedule in this appeal pending final disposition by the Supreme Court of the United States in *Nautilus, Inc. v. Biosig Instruments, Inc.*, No. 13-369,

2 MEDIA RIGHTS TECHNOLOGIES v. CAPITAL ONE FINANCIAL CORP

IT IS ORDERED THAT:

(1) The motion is granted. The briefing schedule is stayed.

(2) The parties are directed to inform this court within 14 days from the date of final disposition in *Biosig* concerning how they believe this appeal should proceed.

(3) Media Rights Technologies' motion to extend time to file its principal brief is moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s19