NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA RIGHTS TECHNOLOGIES, INC.,**
*Plaintiff-Appellant,*

v.

**CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., AND CAPITAL ONE, N.A.,**
*Defendants-Appellees.*

---

2014-1218

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00476-AJT-TRJ, Judge Anthony J. Trenga.

---

**O R D E R**

The parties inform the court of the Supreme Court of the United States' final disposition of *Nautilus, Inc. v. Biosig Instruments, Inc.*, No. 13-369 and propose a briefing schedule.

Accordingly,

IT IS ORDERED THAT:

(1) The stay is lifted.

(2)  Appellant's opening brief is due no later than July 18, 2014.  Appellees' response brief is due no later than September 12, 2014.  Appellant's reply brief is due no later than October 14, 2014.

           FOR THE COURT

           <u>/s/ Daniel E. O'Toole</u>
           Daniel E. O'Toole
           Clerk of Court

s26