NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA RIGHTS TECHNOLOGIES, INC.,**
*Plaintiff – Appellant,*

v.

**CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE, N.A.,**
*Defendants – Appellees.*

---

2014-1218

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00476-AJT-TRJ, Judge Anthony J. Trenga.

---

ON MOTION

O R D E R

Upon consideration of the Appellees' unopposed motion to extend time to file their principal brief until October 24, 2014,

IT IS ORDERED THAT:

The motion is granted.

                            FOR THE COURT

September 16, 2014         /s/ Daniel E. O'Toole
                                       Daniel E. O'Toole
                                       Clerk of Court