NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIA RIGHTS TECHNOLOGIES, INC.,**
*Plaintiff – Appellant,*

v.

**CAPITAL ONE FINANCIAL CORPORATION, CAPITAL ONE BANK (USA), N.A., and CAPITAL ONE, N.A.,**
*Defendants – Appellees.*

---

2014-1218

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-CV-00476-AJT-TRJ, District Judge Anthony J. Trenga.

---

ON MOTION

O R D E R

Upon consideration of the Appellant, Media Rights Technologies, Inc.'s unopposed motion to extend time to file their reply brief until November 25, 2014,

IT IS ORDERED THAT:

The motion is granted.

          FOR THE COURT

October 22, 2014     /s/ Daniel E. O'Toole
             Daniel E. O'Toole
             Clerk of Court